IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Michael A. Singleton | ) | C/A No.: 4:12-cv-02504-TLW |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| The S.C. Dept. of Corrections and The United C. Criminal System of S.C. and N.J., | ) ) ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

# ORDER

On January 23, 2012, the Petitioner, Michael A. Singleton ("Petitioner"), filed this §2254 Petition for a Writ of Habeas Corpus. (Doc. # 3).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Bruce Howe Hendricks, to whom this case had previously been assigned. (Doc. # 15). In the Report, the Magistrate Judge recommends that Petitioner's Petition for a Writ of Habeas Corpus be summarily dismissed *with prejudice*. (Doc. # 15). Objections were due by October 5, 2012. Petitioner has filed no objections to the Report.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not

1

required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. # 15) is **ACCEPTED**, and Petitioner's Petition for a Writ of Habeas Corpus (Doc. # 3) is **DISMISSED** *with prejudice*.

**IT IS SO ORDERED**.

s/Terry L. Wooten
United States District Judge

December 20, 2012
Florence, South Carolina